[No. 29886-4-II.   Division Two.   September 14, 2004.]

*In the Matter of the Marriage of* MATTHIAS D. KEMENY, *Respondent,* and KRISTINA MULLEN KEMENY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-01437-1, Diane M. Woolard, J., entered January 21, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Hunt and Van Deren, JJ.

[Nos. 29963-1-II; 30747-2-II.   Division Two.   September 14, 2004.]

JOSEPH J. KIRBY, ET AL., *Appellants,* v. THE CITY OF TACOMA, ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for Pierce County, No. 99-2-13911-4, Katherine M. Stolz, J., entered January 24, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Van Deren, J. Now published at 124 Wn. App. 454.

[No. 30285-3-II.   Division Two.   September 14, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. FONO MUASAU, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03041-7, Bryan E. Chushcoff, J., entered April 25, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Cox, J., and Seinfeld, J. Pro Tem.

[No. 30396-5-II.   Division Two.   September 14, 2004.]

*In the Matter of the Custody of* L.B.F.

JIMMIE ELAINE GOLDEN, *Respondent,* v. MINDI MARIE FISHER, ET AL., *Defendants,* RICHARD R. FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-3-00194-5, James E. Warme, J., and Don L. McCulloch, J. Pro Tem., entered May 6, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.